No. —, original. Ex parte Albert Bleecker. January 16, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte Albert Leighton. January 16, 1939. Motion for leave to file petition for writ of mandamus denied.

No. 277. Loomis et al. *v.* First Federal Savings & Loan Assn. January 16, 1939. The motion to substitute is granted and John E. Martin, present Attorney General of Wisconsin, is substituted as a party petitioner in the place and stead of Orland S. Loomis, former Attorney General of Wisconsin.

No. 359. Bowen *v.* Johnston, Warden. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. October 10, 1938. Motion for leave to proceed *in forma pauperis* granted and petition for writ of certiorari granted, limited to the question of the jurisdiction of the District Court on habeas corpus. *Hugh Allen Bowen, pro se.* No appearance for the United States.

No. 158. Pacific Employers Ins. Co. *v.* Industrial Accident Comm'n et al. See *ante,* p. 563.